NEVADA HIGHWAY PATROL ASSOCIATION, Jerry Seevers, Robert Woodruff, Roy Hutchings, John Rosa, Russ Benzler, Tim Hall, et al., Plaintiffs–Appellants,

v.

STATE OF NEVADA, DEPARTMENT OF MOTOR VEHICLES AND PUBLIC SAFETY, Nevada Highway Patrol Division, Defendants–Appellees.

No. 88–15642.

United States Court of Appeals, Ninth Circuit.

June 26, 1992.

Before: GOODWIN, HALL and NOONAN, Circuit Judges.

ORDER WITHDRAWING OPINION

The opinion filed March 28, 1990 and appearing at 899 F.2d 1549 (9th Cir.1990) was greeted with a petition for rehearing which prompted this court to request from the Supreme Court of Nevada answers to certified questions about Nevada law.

The opinion of the Supreme Court of Nevada has now been received, and being fully advised, we are satisfied that the opinion previously published should be withdrawn.